UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-40123 |
| Plaintiff, | |
| vs. | FACTUAL BASIS STATEMENT |
| DYLAN ST. CLAIRE, | |
| Defendant. | |

The Defendant states that the following facts are true, and the parties agree that they establish a factual basis for the offense to which the Defendant is pleading guilty pursuant to Fed. R. Crim. P. 11(b)(3):

My name is Dylan St. Claire.

Between March 10, 2021, and July 21, 2021, I knowingly received material which contained child pornography. I admit that the digital files I received contained child pornography as defined in 18 U.S.C. § 2256(8), in that they depicted minor children engaging in sexually explicit conduct. Some of the files depicted prepubescent minors that had not attained the age of twelve years old.

I received the files containing child pornography from other people I was communicating with through an application on my cell phone known as KIK. During those conversations, I exchanged images and videos of child pornography.

Because the files were transmitted over the internet, I admit that they were mailed, shipped, and transported in or affecting interstate or foreign commerce by any means, including by computer.

All of my actions were in violation of 18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1).

I further stipulate and agree that the following property was used or intended to be used in the commission of the offense described above:

1. a Samsung Galaxy S10 cellular phone, with serial number RF8N10A0M1E.

DENNIS R. HOLMES
United States Attorney

_August 29, 2022_

_/s/ Jeffrey C. Clapper_
Jeffrey C. Clapper
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2351
Facsimile: (605)330-4410
E-Mail: jeff.clapper@usdoj.gov

_8-29-22_
Date

_/s/_
Dylan St. Claire
Defendant

_Aug 29, 2022_
Date

_/s/ Amanda D. Kippley_
Amanda D. Kippley
Attorney for Defendant

[2]